**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHY GRISMORE, | No. 09-15867 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-00529-DKD |
| v. | |
| RJM ACQUISITIONS LLC, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
David K. Duncan, Magistrate Judge, Presiding[**]

Submitted September 13, 2010[***]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Kathy Grismore appeals pro se from the district court's summary judgment

in her action alleging violations of the Fair Debt Collection Practices Act and the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The parties consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

Fair Credit Reporting Act.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Donohue v. Quick Collect, Inc.*, 592 F.3d 1027, 1030 (9th Cir. 2010).  We may affirm on any ground supported by the record, *N. Mariana Islands v. United States*, 399 F.3d 1057, 1060 (9th Cir. 2005), and we affirm.

Summary judgment was properly granted for defendant because Grismore failed to raise a triable issue as to whether, among other things, defendant (1) made any false statements in connection with its attempts to collect the debt; (2) reported false information to the credit reporting agencies; or (3) continued its collection activity before verifying the debt after Grismore disputed it.  *See* 15 U.S.C. §§ 1692e, 1692f, 1692g, 1681s-2(b); *Donohue*, 592 F.3d at 1033-34 (false statements that are immaterial are not actionable under sections 1692e or 1692f).

Grismore's remaining contentions are unpersuasive.

**AFFIRMED.**